IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 25 C 14186 |
| ILLINI SUBURBAN ASPHALT MAINTENANCE, INC., an Illinois corporation, | ) ) ) | JUDGE JEREMY C. DANIEL |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 4, 2026, request this Court enter judgment against Defendant, ILLINI SUBURBAN ASPHALT MAINTENANCE, INC., pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On June 4, 2026, this Court entered default against Defendant.

2. On or about June 28, 2025, Plaintiffs' auditors completed a payroll audit of the Defendant's books and records for the time period May 1, 2024 through April 30, 2025. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $55,577.00. (See Affidavit of Deborah L. French).

3. Additionally, the amount of $5,557.70  is due for liquidated damages and the amount of $63,637.10 is due for interest, for a total of $69,194.0. (French Aff. Par. 6).

4. In addition, Plaintiffs' firm has expended $771.00 for costs and $933.25 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5.      Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $126,664.05.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $126,664.05.


/s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of July 2026:

> Mr. Ismael Alvarez, Jr., President
> Illini Suburban Asphalt Maintenance, Inc.
> 13820 California Avenue
> Blue Island, IL 60406-2873
> max@illinipaving.com
>
> Mr. Ismael Alvarez, Jr., President
> Illini Suburban Asphalt Maintenance, Inc.
> 620 Hyde Park Lane
> Naperville, IL  60565-1628

/s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\FVLJ\Illini Suburban Asphalt\motion-judgment.cwf.df.docx

3